UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KIMBERLEY M. HOWARD,**  CASE NO.  3:12-cv-168

Plaintiff,  **Judge Timothy S. Black**

-vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ'S Non-Disability Finding is **FOUND SUPPORT BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: July 1, 2013  **JOHN P. HEHMAN, CLERK**

By: _s/ M. Rogers_
Deputy Clerk